RECEIVED 2011 JUL 22 P 3:07
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MEJ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA and ) No. CV 11 3623
ROBERT SCOTT, Revenue Officer, )
                                )
            Petitioners,        ) [Proposed]
                                ) ORDER TO SHOW CAUSE RE
         v.                     ) ENFORCEMENT OF INTERNAL
                                ) REVENUE SERVICE SUMMONS
LAUGHLIN GILLIES,               )
                                )
            Respondent.         )
_____)

Good cause having been shown by the petitioner upon its petition filed in the above-entitled proceeding on __July 22__, 2011, it is hereby:

**ORDERED** that respondent Laughlin Gillies appear before this Court on the __10th__ day of __November__, 2011, at __10a__.m., in Courtroom No. __B__, __15th__ Floor, United States District Court, 450 Golden Gate Avenue, San Francisco, California, and then and there show cause, if any, why respondent should not be compelled to appear and provide documents and testimony as required by the summons heretofore served upon respondent as alleged and set forth in particular in said petition; and it is further

**ORDERED** that a copy of this Order to Show Cause, together with a copy of the aforesaid petition, be served upon said respondent in accordance with Rule 4 of the Federal Rules of Civil Procedure at least thirty-five (35) days before the return date of this Order above specified; and it is further

Court order with signature

1   **ORDERED** that within twenty-one (21) days before the return date of this Order, respondents may file and serve a written response to the petition, supported by appropriate affidavit(s) or declaration(s) in conformance with 28 U.S.C. § 1746, as well as any motion respondent desire to make, that the petitioner may file and serve a written reply to such response, if any, within fourteen (14) days before the return date of this Order; that all motions and issues raised by the pleadings will be considered on the return date of this Order, and only those issues raised by motion or brought into controversy by the responsive pleadings and supported by affidavit(s) or declaration(s) will be considered at the return of this Order, and any uncontested allegation in the petition will be considered admitted.

**ORDERED** this _____ day of July 27 _____, 2011, at San Francisco, California.

_____
UNITED STATES DISTRICT JUDGE

ORD. TO SHOW CAUSE RE ENF.
OF IRS SUMMONS                                    2