IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., | No. C 11-3623 CW |
| Plaintiffs, | ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION RE VERIFIED PETITION TO ENFORCE IRS SUMMONSES |
| v. | |
| LAUGHLIN GILLIES, | |
| Defendant. | |

_____/

The Court has reviewed Magistrate Judge James' Report and Recommendation Re Verified Petition to Enforce IRS Summonses.  The time for objections has passed and none were filed. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect.  Accordingly,

IT IS HEREBY ORDERED that the Verified Petition to Enforce IRS Summonses is GRANTED.  Laughlin Gillies shall comply with the summonses as directed.

Dated: 12/9/2011

CLAUDIA WILKEN
United States District Judge

cc: MEJ

United States District Court
For the Northern District of California