UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, and ROBERT SCOTT, Revenue Officer,<br><br>　　　　Petitioners,<br><br>　　v.<br><br>LAUGHLIN GILLIES,<br><br>　　　　Respondent.<br>_____ | No. 11-3623 CW<br><br><br>ORDER TO<br>SHOW CAUSE RE: CONTEMPT |

　　Good cause having been shown by the United States upon its Application For Entry of Order To Show Cause Re: Contempt, it is hereby

　　**ORDERED** that respondent appear in person before this Court on the 1st day of March, 2012, at 2:00 p.m., in Courtroom No. 2 , 4th Floor, United States Courthouse, 1301 Clay Street, Oakland, California, and then and there show cause, if he has any, why he should not be held in contempt for his failure to comply with the Order Adopting Magistrate Judge's Report and Recommendation Re Verified Petition To Enforce IRS Summonses filed December 9, 2011; and it is further

　　**ORDERED** that a copy of this Order to Show Cause Re: Contempt be served upon said respondent in accordance with Rule 5 of the Federal Rules of Civil Procedures at least thirty-five (35) days before the return date of this Order above specified; and it is further

1  **ORDERED** that within twenty-one (21) days before the return date of this Order, the
2  respondent may file and serve a written response to the Order To Show Cause Re: Contempt,
3  supported by appropriate affidavit(s) or declaration(s) in conformance with 28 U.S.C. Subsection
4  1746, as well as any motions he desires to make; that the petitioner may file and serve a written
5  reply to such response, if any, within fourteen (14) days before the return date of this Order; that
6  all motions and issues raised by the pleadings will be considered on the return date of this Order,
7  and only those issues raised by motion or brought into controversy by the responsive pleadings
8  and supported by affidavit(s) or declaration(s) will be considered at the return of this Order.
9  **ORDERED** this **19th** day of **January**, 2012, at Oakland, California.

_____
UNITED STATES DISTRICT JUDGE