IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, and
ROBERT SCOTT, Revenue Officer,

        Petitioners,

   v.

LAUGHLIN GILLIES,

        Respondent.

No. C 11-03623 CW

ORDER REFERRING
PETITIONERS'
APPLICATION FOR
ORDER TO SHOW
CAUSE   TO
MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72-1, Petitioners' Application for Order to Show Cause originally filed before this Court is hereby referred to United States Magistrate Judge James, for proposed findings of fact and recommendations for disposition.  Magistrate Judge James shall conduct proceedings authorized by 28 U.S.C. § 636(b)(1)(B) that appear necessary to formulate the proposed disposition, at the convenience of her calendar.  The hearing noticed for Thursday, March 1, 2012, is vacated.  Counsel will be advised of the date, time and place of such proceedings by notice from Magistrate Judge James.

IT IS SO ORDERED.

Dated:  2/3/2012

CLAUDIA WILKEN
United States District Judge

cc:  MagRef, MEJ

United States District Court
For the Northern District of California