UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA and ROBERT SCOTT, Revenue Officer,<br><br>Petitioners,<br><br>v.<br><br>LAUGHLIN GILLIES,<br><br>Respondent. | No. C 11-03623 CW (MEJ)<br><br>**NOTICE OF REFERENCE**<br><br>**ORDER TO SHOW CAUSE** |

This matter has been referred to the undersigned to prepare proposed findings of facts and recommendations for disposition on Petitioners' Application for Order to Show Cause. Dkt. Nos. 21, 27. Accordingly, Respondent Laughlin Gillies is hereby ORDERED to appear in person before this Court on March 22, 2012 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, and then and there show cause, if any, why he should not be held in contempt for his failure to comply with the Order Adopting Magistrate Judge's Report and Recommendation Re Verified Petition to Enforce IRS Summonses, filed December 9, 2011 (Dkt. No. 18).

Petitioner is ORDERED to serve a copy of this Notice and Order to Show Cause upon Respondent in accordance with Federal Rule of Civil Procedure 5 by February 16, 2012; and it is further ORDERED that by March 1, 2012, Respondent may file and serve a written response to this Order to Show Cause, supported by appropriate affidavit(s) or declaration(s) in conformance with 28 U.S.C. § 1746, as well as any motions he desires to make, that the Petitioner may file and serve a written reply to such response, if any, by March 8, 2012. If Respondent fails to file a written response, Petitioner shall file proposed findings of fact and recommendations for disposition by March 8.

**IT IS SO ORDERED.**

Dated: February 6, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge