UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and ROBERT SCOTT, Revenue Officer,<br><br>    Petitioners,<br><br>  v.<br><br>LAUGHLIN GILLIES,<br><br>    Respondent. | No. CV-11-03623-CW<br><br>ORDER FINDING <u>RESPONDENT IN CONTEMPT</u> |

Presently before the Court is Magistrate Judge James's Report and Recommendation that the Respondent be held in contempt of court. (hereafter, "Recommendation," Docket No. 31.)

Pursuant to Federal Rule of Civil Procedure 72(b), any objection to a Magistrate Judge's recommendation must be made within 14 days. <u>See</u> Fed. R. Civ. P. 72(b)(1); 28 U.S.C. § 636(b)(1)(B). No objection has been filed to date. The Court has reviewed the record of the proceedings before Magistrate Judge James and finds that Magistrate Judge James's Recommendation should be adopted. <u>See</u> Civ. L.R. 72-3(c). Accordingly, the Court ADOPTS Judge James's Recommendation.

///

///

///

Accordingly, it is hereby:

**ORDERED** that Respondent Laughlin Gillies is in contempt of this Court's Order Enforcing Summons, and Respondent is fined $250 per day from this date until the date that he complies with the Order Enforcing Summons.

**IT IS FURTHER ORDERED** that if Respondent Laughlin Gillies complies with the Order Enforcing Summons within 21 days of this date, he will be purged of the $250 per day fine that might have accrued against him for is failure to comply with the Order Enforcing Summons.

**ORDERED** this 10th day of April, 2012, at Oakland, California.

_____
CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

cc: MEJ