IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, and ROBERT SCOTT, Revenue Officer, | No. C 11-03623 CW |
| Petitioners, | ORDER REFERRING PETITIONERS' SECOND MOTION FOR ORDER FINDING RESPONDENT IN CONTEMPT |
| v. | |
| LAUGHLIN GILLIES, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72-1, Petitioners' Second Motion for Order Finding Respondent in Contempt originally filed before this Court is hereby referred to United States Magistrate Judge James, for proposed findings of fact and recommendations for disposition. Magistrate Judge James shall conduct proceedings authorized by 28 U.S.C. § 636(b)(1)(B) that appear necessary to formulate the proposed disposition, at the convenience of her calendar. The hearing noticed for Wednesday, February 6, 2013, is vacated. Counsel will be advised of the date, time and place of such proceedings by notice from Magistrate Judge James.

IT IS SO ORDERED.

Dated: 1/2/2013

CLAUDIA WILKEN
United States District Judge

cc: MagRef, MEJ

United States District Court
For the Northern District of California