IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., | No. C 11-03623 CW |
|     Plaintiffs, | ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION REGARDING MOTION FOR FINDING RESPONDENT IN CONTEMPT |
|   v. | |
| LAUGHLIN GILLIES, | |
|     Defendant. / | |

The Court has reviewed Magistrate Judge James' Report and Recommendation Re Motion for Finding Respondent in Contempt. The time for objections has passed and none were filed. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly,

IT IS HEREBY ORDERED that Motion for Finding Respondent in Contempt is GRANTED. The Court orders the following: (1) a bench warrant for the arrest of Respondent Laughlin Gillies shall be issued; (2) the United States Marshal shall notify the United States Attorney, the Federal Public Defender, and the Court's Courtroom Deputy as soon as Respondent Laughlin Gillies is arrested; (3) upon arrest, Respondent Laughlin Gillies shall be taken without unnecessary delay before a magistrate judge to be advised of his rights and shall be brought thereafter before

Magistrate Judge James or the Undersigned; and (4) upon arrest, Respondent Laughlin Gillies shall be incarcerated until he complies with the Court's December 9, 2011 Order Adopting Magistrate Judge's Report and Recommendation Re Verified Petition to Enforce IRS Summonses.

Dated: 3/12/2013

CLAUDIA WILKEN
United States District Judge

cc: MagRef; MEJ